IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| vs. : | |
| : | CRIMINAL NO. 1:CR-10-0061 |
| WAYNE A. KRAMER, III, : | |
| Defendant : | |
| : | (Judge Caldwell) |
| : | |
| : | |

*O R D E R*

AND NOW, this 19th day of September, 2017, it is ordered that:

   1. Defendant's motion (Doc. 53) pursuant to 18 U.S.C. § 3582(c)(2) to reduce his sentence is dismissed for lack of jurisdiction.

   2. Defendant's motion (Doc. 54) to amend portions of his presentence report, styled as a motion to amend the section 3582(c)(2) motion, is dismissed as moot.

                                      /s/William W. Caldwell  
                                      William W. Caldwell  
                                      United States District Judge